Nancy A. Mismash, 6615
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, Utah 84107
Telephone:    801/262-8915
Facsimile:    801/262-8995
E-mail:   nmismash@robertdebry.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CELEBREX PRODUCTS LIABILITY LITIGATION | MDL No. 1699<br><br>Docket No. C07-0586 -CRB. |
| This documents Relates To:<br><br>*Brenda Whitaker and Eugene Whitaker v. Pfizer, Inc.* | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Brenda Whitaker and Eugene Whitaker, and Defendant Pfizer, Inc. ("Pfizer"), by and through their attorneys of records, pursuant to Rule 41 (a), Federal Rules of Civil Procedure, hereby stipulate to a dismissal with prejudice of Plaintiffs', Brenda Whitaker and Eugene Whitaker's action only, with each side bearing its own attorney's fees and costs.

1

Respectfully Submitted by:

DATED: 3-17-        , 2009.          _____
                                      Nancy A. Mismash
                                      ROBERT J. DEBRY & ASSOCIATES
                                      4252 South 700 East
                                      Salt Lake City, UT  84107
                                      Telephone: (801) 262-8915
                                      Facsimile:  (801) 262-8995
                                      Email: nmismash@robertdebry.com

                                      Attorneys for Plaintiff Randall Iverson

DATED: 3-17-        , 2009.          _____
                                      Stuart M. Gordon
                                      GORDON & REES, LLP
                                      275 Battery Street, Suite 2000
                                      San Francisco, CA  94111
                                      Attorneys for Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTHIN IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

this 20th day of _____ April __, 2009.

_____
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Charles R. Breyer

2